# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF MINNESOTA

| | | |
|---|---|---|
| In re: STEVENS, JOSHUA EDWIN | § | Case No. 22-41599-KLT |
| | § | |
| | § | |
| Debtor(s) | § | |

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under Chapter 7 of the United States Bankruptcy Code was filed on September 27, 2022. The undersigned trustee was appointed on September 27, 2022.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A.**

4. The trustee realized the gross receipts of $ 9,974.00

| Funds were disbursed in the following amounts: | |
|---|---|
| Payments made under an interim distribution | 0.00 |
| Administrative expenses | 0.00 |
| Bank service fees | 15.00 |
| Other payments to creditors | 0.00 |
| Non-estate funds paid to 3rd Parties | 0.00 |
| Exemptions paid to the debtor | 0.00 |
| Other payments to the debtor | 2,073.24 |
| Leaving a balance on hand of[1] | $ 7,885.76 |

The remaining funds are available for distribution.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

6. The deadline for filing non-governmental claims in this case was 03/13/2023 and the deadline for filing governmental claims was 03/13/2023. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $1,540.08. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $0.00 as interim compensation and now requests the sum of $1,540.08, for a total compensation of $1,540.08.[2] In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00 and now requests reimbursement for expenses of $84.01, for total expenses of $84.01.[2]

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 04/10/2023 By: /s/John R. Stoebner
Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D)

Exhibit A



# Form 1

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 22-41599-KLT
**Case Name:** STEVENS, JOSHUA EDWIN

**Period Ending:** 04/10/23

**Trustee:** (430050) John R. Stoebner
**Filed (f) or Converted (c):** 09/27/22 (f)
**§341(a) Meeting Date:** 10/27/22
**Claims Bar Date:** 03/13/23

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | 3813 WEHLE PLACE, SAINT BONIFACIUS, MN 55375-000<br>Orig. Description: 3813 Wehle Place, Saint Bonifacius, MN 55375-0000, Hennepin County Single-family home, Debtor's Residence: Homestead Real Property Legally Described as: : Lot 17, Block 3, Wildwood Meadows..<br>Entire property value: $493,000.00; Imported from original petition Doc# 1 | 246,500.00 | 0.00 | | 0.00 | FA |
| 2 | 2019 JEEP GRAND CHEROKEE, 60,000 MILES, VALUE IS<br>Orig. Description: 2019 Jeep Grand Cherokee, 60,000 miles, Value is based on kbb.com private party value.. Entire property value: $26,595.00; Imported from original petition Doc# 1 | 26,595.00 | 0.00 | | 0.00 | FA |
| 3 | 1984 DODGE RAM 150, 250,000 MILES, SALVAGE TITLE<br>Orig. Description: 1984 Dodge Ram 150, 250,000 miles, Salvage Title.. Entire property value: $500.00; Imported from original petition Doc# 1 | 500.00 | 500.00 | | 500.00 | FA |
| 4 | 1983 FORD BRONCO, 150,000 MILES, SCRAP VEHICLE..<br>Orig. Description: 1983 Ford Bronco, 150,000 miles, Scrap vehicle.. Entire property value: $500.00; Imported from original petition Doc# 1 | 500.00 | 500.00 | | 500.00 | FA |
| 5 | HOUSEHOLD GOODS, FURNISHINGS, MAJOR AND MINOR AP<br>Orig. Description: Household Goods, Furnishings, Major and Minor Appliances; Imported from original petition Doc# 1 | 3,000.00 | 0.00 | | 0.00 | FA |
| 6 | 2 TVS, DVD PLAYER, COMPUTER, PRINTER, CELL PHONE<br>Orig. Description: 2 TVs, DVD Player, Computer, Printer, Cell Phone, Oculus Game System; Imported from original petition Doc# 1 | 1,000.00 | 200.00 | | 94.00 | FA |
| 7 | PUSH LAWNMOWER, SNOWBLOWER, SHOVELS, | 750.00 | 50.00 | | 50.00 | FA |

Exhibit A



# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 22-41599-KLT
**Case Name:** STEVENS, JOSHUA EDWIN

**Period Ending:** 04/10/23

**Trustee:** (430050) John R. Stoebner
**Filed (f) or Converted (c):** 09/27/22 (f)
**§341(a) Meeting Date:** 10/27/22
**Claims Bar Date:** 03/13/23

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| | RAKES, MISC<br>Orig. Description: Push Lawnmower, Snowblower, Shovels, Rakes, Misc. Hand & Power Tools; Imported from original petition Doc# 1 | | | | | |
| 8 | BOOKS & PICTURES<br>Orig. Description: Books & Pictures; Imported from original petition Doc# 1 | 50.00 | 0.00 | | 0.00 | FA |
| 9 | KAYAK, WEIGHT BENCH, ELLIPTICAL<br>Orig. Description: Kayak, Weight Bench, Elliptical; Imported from original petition Doc# 1 | 300.00 | 300.00 | | 300.00 | FA |
| 10 | S&W 380 HANDGUN<br>Orig. Description: S&W 380 Handgun; Imported from original petition Doc# 1 | 200.00 | 200.00 | | 200.00 | FA |
| 11 | CLOTHING<br>Orig. Description: Clothing; Imported from original petition Doc# 1 | 400.00 | 0.00 | | 0.00 | FA |
| 12 | WATCH ($100), WEDDING RING ($250)<br>Orig. Description: Watch ($100), Wedding Ring ($250); Imported from original petition Doc# 1 | 350.00 | 0.00 | | 0.00 | FA |
| 13 | 3 DOGS, 1 CAT<br>Orig. Description: 3 Dogs, 1 Cat; Imported from original petition Doc# 1 | 20.00 | 20.00 | | 20.00 | FA |
| 14 | CASH<br>Orig. Description: Cash; Imported from original petition Doc# 1 | 10.00 | 2.50 | | 2.00 | FA |
| 15 | CHECKING ACCOUNT: NAVY FEDERAL CREDIT UNION<br>Orig. Description: Checking Account: Navy Federal Credit Union; Imported from original petition Doc# 1 | 250.00 | 62.50 | | 62.00 | FA |
| 16 | CHECKING ACCOUNT: USAA CREDIT UNION<br>Orig. Description: Checking Account: USAA Credit Union; Imported from original petition Doc# 1 | 80.00 | 20.00 | | 20.00 | FA |
| 17 | SAVINGS ACCOUNT: NAVY FEDERAL CREDIT UNION | 0.00 | 0.00 | | 5.00 | FA |

Exhibit A



# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 22-41599-KLT
**Case Name:** STEVENS, JOSHUA EDWIN
**Period Ending:** 04/10/23

**Trustee:** (430050) John R. Stoebner
**Filed (f) or Converted (c):** 09/27/22 (f)
**§341(a) Meeting Date:** 10/27/22
**Claims Bar Date:** 03/13/23

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| | Orig. Description: Savings Account: Navy Federal Credit Union; Imported from original petition Doc# 1 | | | | | |
| 18 | CHECKING: DAVE<br>Orig. Description: Checking: Dave; Imported from original petition Doc# 1 | 120.00 | 30.00 | | 30.00 | FA |
| 19 | RET. OR PENSION ACCT.: TSP<br>Orig. Description: Ret. or Pension Acct.: TSP; Imported from original petition Doc# 1 | 7,000.00 | 0.00 | | 0.00 | FA |
| 20 | ANTICIPATED 2022 TAX REFUNDS; PRO-RATED TO THE D<br>22 S 1447 22 F 6527 22 P n/a; trustee = 5900.76; debtor = 2073.24 (all w/h attributable to debtor; none for n/f spouse)<br>Anticipated 2022 Tax Refunds; pro-rated to the date of filing: Federal | 580.00 | 580.00 | | 7,974.00 | FA |
| 21 | ESTIMATED EARNED UNPAID WAGES | 851.00 | 212.75 | | 212.00 | FA |
| 22 | Unscheduled savings account with Navy Federal Cr (u)<br>Unscheduled savings account with Navy Federal Credit Union #9749 - $5 | 5.00 | 5.00 | | 5.00 | FA |
| **22** | **Assets Totals** (Excluding unknown values) | **$289,061.00** | **$2,682.75** | | **$9,974.00** | **$0.00** |

**Major Activities Affecting Case Closing:**

**Initial Projected Date Of Final Report (TFR):** December 30, 2024 **Current Projected Date Of Final Report (TFR):** April 10, 2023 (Actual)

Exhibit B

# Form 2



## Cash Receipts And Disbursements Record

**Case Number:** 22-41599-KLT
**Case Name:** STEVENS, JOSHUA EDWIN

**Taxpayer ID #:** **-***3634
**Period Ending:** 04/10/23

**Trustee:** John R. Stoebner (430050)
**Bank Name:** Metropolitan Commercial Bank
**Account:** ******0773 - Checking Account
**Blanket Bond:** $27,281,000.00 (per case limit)
**Separate Bond:** N/A

| 1<br>Trans. Date | 2<br>{Ref #} / Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | | T-Code | 5<br>Receipts $ | 6<br>Disbursements $ | 7<br>Checking Account Balance |
|---|---|---|---|---|---|---|---|---|
| 12/06/22 | | DEBTOR | PURCHASE OF NON EXEMPT ASSETS | | | 500.00 | | 500.00 |
| | {10} | | FIREARMS | 200.00 | 1129-000 | | | 500.00 |
| | {3} | | 1984 DODGE RAM | 300.00 | 1129-000 | | | 500.00 |
| 12/29/22 | | DEBTOR | PURCHASE OF NON EXEMPT ASSETS | | | 500.00 | | 1,000.00 |
| | {3} | | 1984 DODGE RAM | 200.00 | 1129-000 | | | 1,000.00 |
| | {4} | | 1983 FORD BRONCO | 300.00 | 1129-000 | | | 1,000.00 |
| 12/30/22 | | Metropolitan Commercial Bank | Bank and Technology Services Fee | | 2600-000 | | 5.00 | 995.00 |
| 01/26/23 | | Transition Transfer Debit | Transition Transfer Debit | | 9999-000 | | 995.00 | 0.00 |

| | Receipts | Disbursements | Balance |
|---|---|---|---|
| **ACCOUNT TOTALS** | **1,000.00** | **1,000.00** | **$0.00** |
| Less: Bank Transfers | 0.00 | 995.00 | |
| **Subtotal** | **1,000.00** | **5.00** | |
| Less: Payments to Debtors | | 0.00 | |
| **NET Receipts / Disbursements** | **$1,000.00** | **$5.00** | |

Exhibit B

# Form 2



## Cash Receipts And Disbursements Record

| | | | |
|---|---|---|---|
| **Case Number:** | 22-41599-KLT | **Trustee:** | John R. Stoebner (430050) |
| **Case Name:** | STEVENS, JOSHUA EDWIN | **Bank Name:** | TriState Capital Bank |
| | | **Account:** | ******8867 - Checking Account |
| **Taxpayer ID #:** | **-***3634 | **Blanket Bond:** | $27,281,000.00 (per case limit) |
| **Period Ending:** | 04/10/23 | **Separate Bond:** | N/A |

| 1<br>Trans. Date | 2<br>{Ref #} / Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts $ | 6<br>Disbursements $ | 7<br>Checking Account Balance |
|---|---|---|---|---|---|---|---|
| 01/26/23 | | Transition transfer credit | Transition transfer credit | 9999-000 | 995.00 | | 995.00 |
| 01/31/23 | | TriState Capital Bank | Bank and Technology Services Fee | 2600-000 | | 5.00 | 990.00 |
| 02/07/23 | | DEBTOR | PURCHASE OF NON EXEMPT ASSETS | | 500.00 | | 1,490.00 |
| | {4} | | 1983 FORD BRONCO 200.00 | 1129-000 | | | 1,490.00 |
| | {9} | | KAYAK, WEIGHT BENCH, ETC. 300.00 | 1129-000 | | | 1,490.00 |
| 02/28/23 | | TriState Capital Bank | Bank and Technology Services Fee | 2600-000 | | 5.00 | 1,485.00 |
| 03/07/23 | | DEBTOR | PURCHASE OF NON EXEMPT ASSETS | | 500.00 | | 1,985.00 |
| | {6} | | ELECTRONICS 94.00 | 1129-000 | | | 1,985.00 |
| | {7} | | SNOW BLOWER 50.00 | 1129-000 | | | 1,985.00 |
| | {13} | | PETS 20.00 | 1129-000 | | | 1,985.00 |
| | {14} | | CASH 2.00 | 1129-000 | | | 1,985.00 |
| | {15} | | CHECKING 62.00 | 1129-000 | | | 1,985.00 |
| | {16} | | CHECKING 20.00 | 1129-000 | | | 1,985.00 |
| | {17} | | SAVINGS 5.00 | 1129-000 | | | 1,985.00 |
| | {18} | | CHECKING 30.00 | 1129-000 | | | 1,985.00 |
| | {21} | | WAGES 212.00 | 1129-000 | | | 1,985.00 |
| | {22} | | SAVINGS 5.00 | 1229-000 | | | 1,985.00 |
| 03/07/23 | {20} | STATE OF MN | 2022 STATE TAX REFUND | 1124-000 | 1,447.00 | | 3,432.00 |
| 03/09/23 | {20} | US TREASURY | 2022 FEDERAL TAX REFUND | 1124-000 | 6,527.00 | | 9,959.00 |
| 03/15/23 | 10101 | Joshua Edwin Stevens<br>3813 Wehle Place<br>Saint Bonifacius, MN 55375, | Debtor's share of 2022 tax refunds (F 6527 + S 1447 + P n/a = 7974 x .26 = 2073.24) | 8500-002 | | 2,073.24 | 7,885.76 |

| | Receipts | Disbursements | Balance |
|---|---|---|---|
| **ACCOUNT TOTALS** | **9,969.00** | **2,083.24** | **$7,885.76** |
| Less: Bank Transfers | 995.00 | 0.00 | |
| **Subtotal** | **8,974.00** | **2,083.24** | |
| Less: Payments to Debtors | | 0.00 | |
| **NET Receipts / Disbursements** | **$8,974.00** | **$2,083.24** | |

Exhibit B

# Form 2



## Cash Receipts And Disbursements Record

| | | | |
|---|---|---|---|
| **Case Number:** | 22-41599-KLT | **Trustee:** | John R. Stoebner (430050) |
| **Case Name:** | STEVENS, JOSHUA EDWIN | **Bank Name:** | TriState Capital Bank |
| | | **Account:** | ******8867 - Checking Account |
| **Taxpayer ID #:** | **-***3634 | **Blanket Bond:** | $27,281,000.00 (per case limit) |
| **Period Ending:** | 04/10/23 | **Separate Bond:** | N/A |

| 1<br>Trans. Date | 2<br>{Ref #} / Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts $ | 6<br>Disbursements $ | 7<br>Checking Account Balance |
|---|---|---|---|---|---|---|---|

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| Checking # ******0773 | 1,000.00 | 5.00 | 0.00 |
| Checking # ******8867 | 8,974.00 | 2,083.24 | 7,885.76 |
| | $9,974.00 | $2,088.24 | $7,885.76 |

Printed: 04/10/23 12:32 PM

# Claims Distribution Register - Exhibit C



## Case: 22-41599-KLT STEVENS, JOSHUA EDWIN

| Claim # | Date | Pri | Claimant / Proof / <Category> / Memo | Amount Filed | Amount Allowed | Paid to Date | Claim Balance | Proposed Payment |
|---|---|---|---|---|---|---|---|---|
| **Secured Claims:** | | | | | | | | |
| 5 | 03/29/23 | 700 | Navy Federal Credit Union<br>P.O. Box 3000<br>Merrifield, VA 22119,<br><4210-00 Personal Property and Intangibles-Consensual Liens><br>FULLY SECURED | 20,216.89 | 20,216.89 | 0.00 | 20,216.89 | 0.00 |
| | | | **Priority 700: 0% Paid** | | | | | |
| **Admin Ch. 7 Claims:** | | | | | | | | |
| | 09/27/22 | 200 | John R. Stoebner<br>150 South Fifth Street<br>Suite 3125<br>Minneapolis, MN 55402<br><2100-00 Trustee Compensation> | 1,540.08 | 1,540.08 | 0.00 | 1,540.08 | 1,540.08 |
| | 09/27/22 | 200 | John R. Stoebner<br>150 South Fifth Street<br>Suite 3125<br>Minneapolis, MN 55402<br><2200-00 Trustee Expenses> | 84.01 | 84.01 | 0.00 | 84.01 | 84.01 |
| | | | **Total for Priority 200: 100% Paid** | **$1,624.09** | **$1,624.09** | **$0.00** | **$1,624.09** | **$1,624.09** |
| | | | **Total for Admin Ch. 7 Claims:** | **$1,624.09** | **$1,624.09** | **$0.00** | **$1,624.09** | **$1,624.09** |
| **Unsecured Claims:** | | | | | | | | |
| 1 | 12/20/22 | 610 | CAPITAL ONE N.A.<br>BY AMERICAN INFOSOURCE AS AGENT<br>PO BOX 71083<br>CHARLOTTE, NC 28272-1083<br><7100-00 General Unsecured § 726(a)(2)><br>ok | 4,144.43 | 4,144.43 | 0.00 | 4,144.43 | 1,100.63 |
| 2 | 03/07/23 | 610 | RESURGENT RECEIVABLES, LLC<br>RESURGENT CAPITAL SERVICES<br>PO BOX 10587<br>GREENVILLE, SC 29603-0587<br><7100-00 General Unsecured § 726(a)(2)><br>ok | 16,240.17 | 16,240.17 | 0.00 | 16,240.17 | 4,312.87 |
| 3 | 03/07/23 | 610 | RESURGENT RECEIVABLES, LLC<br>RESURGENT CAPITAL SERVICES<br>PO BOX 10587<br>GREENVILLE, SC 29603-0587<br><7100-00 General Unsecured § 726(a)(2)><br>ok | 1,801.74 | 1,801.74 | 0.00 | 1,801.74 | 478.48 |

Printed: 04/10/23 12:32 PM

# Claims Distribution Register - Exhibit C



## Case: 22-41599-KLT STEVENS, JOSHUA EDWIN

| Claim # | Date | Pri | Claimant / Proof / <Category> / Memo | Amount Filed | Amount Allowed | Paid to Date | Claim Balance | Proposed Payment |
|---|---|---|---|---|---|---|---|---|
| 4 | 03/13/23 | 610 | Jefferson Capital Systems, LLC<br>P O BOX 772813<br>CHICAGO, IL 60677-2813<br><7100-00 General Unsecured § 726(a)(2)><br>ok | 1,392.07 | 1,392.07 | 0.00 | 1,392.07 | 369.69 |
| | | | **Total for Priority 610: 26.55680% Paid** | **$23,578.41** | **$23,578.41** | **$0.00** | **$23,578.41** | **$6,261.67** |
| | | | **Total for Unsecured Claims:** | **$23,578.41** | **$23,578.41** | **$0.00** | **$23,578.41** | **$6,261.67** |
| | | | **Total for Case :** | **$45,419.39** | **$45,419.39** | **$0.00** | **$45,419.39** | **$7,885.76** |

**TRUSTEE'S PROPOSED DISTRIBUTION**

Exhibit D

Case No.: 22-41599-KLT
Case Name: STEVENS, JOSHUA EDWIN
Trustee Name: John R. Stoebner

**Balance on hand:** $ 7,885.76

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| 5 | Navy Federal Credit Union | 20,216.89 | 20,216.89 | 0.00 | 0.00 |

Total to be paid to secured creditors: $ 0.00
Remaining balance: $ 7,885.76

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - John R. Stoebner | 1,540.08 | 0.00 | 1,540.08 |
| Trustee, Expenses - John R. Stoebner | 84.01 | 0.00 | 84.01 |

Total to be paid for chapter 7 administration expenses: $ 1,624.09
Remaining balance: $ 6,261.67

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses: $ 0.00
Remaining balance: $ 6,261.67

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for priority claims: $ 0.00
Remaining balance: $ 6,261.67

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 23,578.41 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 26.6 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | CAPITAL ONE N.A. | 4,144.43 | 0.00 | 1,100.63 |
| 2 | RESURGENT RECEIVABLES, LLC | 16,240.17 | 0.00 | 4,312.87 |
| 3 | RESURGENT RECEIVABLES, LLC | 1,801.74 | 0.00 | 478.48 |
| 4 | Jefferson Capital Systems, LLC | 1,392.07 | 0.00 | 369.69 |

Total to be paid for timely general unsecured claims: $ 6,261.67
Remaining balance: $ 0.00

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for tardy general unsecured claims: $ 0.00
Remaining balance: $ 0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for subordinated claims: $ 0.00
Remaining balance: $ 0.00