# Expense Worksheet

**Period: 01/01/00 - 03/24/23**

**Trustee: John R. Stoebner (430050)**

| | | | |
|---|---|---|---|
| **Case Number:** | 22-41599 | **Case Name:** | STEVENS, JOSHUA EDWIN |
| **Case Type:** | Assets | **Judge:** | KESHA L TANABE |
| **Petition Date:** | 09/27/22 | **341a Meeting:** | 10/27/22 13:00 |

| Date | Description | Hours/Unit | Rate | Total |
|---|---|---|---|---|
| 12/07/22 | SERVICE OF NOTICE OF SALE BY COS.COM - POSTAGE AND PRINTING | 1.00 | $14.330 | $14.33 |
| 03/24/23 | COPIES | 71.00 | $0.350 | $24.85 |
| 03/24/23 | SERVICE OF NFR BY COS.COM - POSTAGE AND PRINTING | 1.00 | $27.750 | $27.75 |
| 03/24/23 | POSTAGE | 5.00 | $0.600 | $3.00 |
| 03/24/23 | ENVELOPES | 5.00 | $0.350 | $1.75 |
| 03/24/23 | ENVELOPES | 1.00 | $0.350 | $0.35 |
| 03/24/23 | POSTAGE | 1.00 | $0.570 | $0.57 |
| 03/24/23 | FILE FOLDERS | 2.00 | $0.830 | $1.66 |
| 03/24/23 | CHECK AND DEPOSIT MICR PRINTING | 13.00 | $0.750 | $9.75 |

**Total for case 22-41599: $84.01**

**Grand Total: $84.01**